IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


KENNETH BURNETT                          :

                                         :

      v.                                 :            CIVIL ACTION NO.  02-3823

                                         :

DONALD T. VAUGHN, ET AL.                 :

                                         :


ORDER OF REPORT AND RECOMMENDATION


        AND NOW, this            day of            ,            , in accordance with the

procedure for the random assignment of habeas corpus cases, Local Civil Rule 72.1, and 28 U.S.C.

§636(b) (1) (B), it is hereby

        ORDERED that the above-captioned case is referred to the Honorable PETER B.

SCUDERI, United States Magistrate Judge, for a report and recommendation.


BY THE COURT:


_____

WILLIAM H. YOHN, JR., J.


civrr