IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH BURNETT | : | CIVIL ACTION |
| v. | : | |
| DONALD T. VAUGHN | : | NO. 02-3823 |

### **O R D E R**

     AND NOW, this 18TH day of JULY, 2002, upon consideration of Relator's Petition for a Writ of Habeas Corpus, IT IS ORDERED that:

     1. The District Attorney of PHILADELPHIA is added as a party respondent and the caption is hereby so amended.

     2. The District Attorney shall file specific and detailed answers within sixty (60) days of the date of this order, no later than (SEPTEMBER 19, 2002) 9/19/02, pursuant to Rule 5, 28 U.S.C. fol. § 2254.

     3. Respondents are directed to append to their answer any and all relevant documents, including, but not limited to, state court opinions, filings and notes of testimony.

BY THE COURT:

PETER B. SCUDERI
U.S. MAGISTRATE JUDGE

Copies faxed _____ to:                    Copies mailed _____ to: