IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH BURNETT | : CIVIL ACTION |
| vs. | : |
| DONALD T. VAUGHN, ET AL. | : NO. 02-3823 |

O R D E R

**AND NOW**, this 6th day of March, 2003, upon consideration of petitioner's motion for enlargement of time to file objections to the magistrate judge's report and recommendation, **IT IS HEREBY ORDERED** that the motion is **GRANTED** and petitioner may file his objections on or before March 30, 2003.

William H. Yohn, Jr., Judge