IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Kenneth Burnett

02-CV-3823
District Court Docket Number

vs.

Donald T. Vaughn, et al

Notice of Appeal Filed 8/11/03
Court Reporter(s)/ESR Operator(s)    N/A

Filing Fee:
    Notice of Appeal __Paid  XX  Not Paid    __Seaman
    Docket Fee        __Paid  XX  Not Paid    __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
 X  Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
 X  Denied
__Pending

Defendant's Address (for criminal appeals)

Prepared by : _____
Fernando Benitez, Jr.
Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm